

1500 Broadway | Su...
Baltimore   Chicago   Cleveland   C...
Naples   New York   Philadelphia   P...

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/02/2025
```

May 2, 2025

WRITER'S DIRECT NUMBER: 212-824-4975
EMAIL: Alex.Talel@icemiller.com

> **APPLICATION GRANTED:** The Initial Conference set for 5/7/2025 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Tuesday, June 24, 2025 at 3:30 p.m.**
>
> **APPLICATION GRANTED**
>
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 05/02/2025

**Via ECF**

Honorable Katherine H. Parker, M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    RE:    *CIT Equipment Financing, LLC v. Atalco Gramercy, LLC (f/k/a Gramercy Holdings I LLC)* Case No. 1:25-cv-00183—Request to Adjourn Initial Case Management Conference

Dear Judge Parker:

    Ice Miller LLP represents the Plaintiff, CIT Equipment Financing, LLC in the above-captioned matter. We write to request an adjournment of the Initial Case Management Conference, currently scheduled for Wednesday, May 7, 2025, at 3:00 pm, pending ongoing settlement discussions between the parties.

    There have been no previous requests for adjournment or extension of time in this matter. Counsel for the Defendant has consented to an adjournment.

    Most sincerely,

    /s/ *Alexander Talel*
    Alexander Talel
    Nicholas A. Casto (*admitted pro hac vice*)
    Alexander S. Valdes (*admitted pro hac vice*)
    ICE MILLER LLP
    1500 Broadway
    29th Floor
    New York, NY 10036
    212-824-4975
    alex.talel@icemiller.com
    nicholas.casto@icemiller.com
    alex.valdes@icemiller.com