# IceMiller

1500 Broadway | Suite 2900 | New York, NY 10036

Baltimore   Chicago   Columbus   Indianapolis   Miami   Naples

New York   Philadelphia   Phoenix   Washington, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/17/2025

Writer's Direct Number: 212-824-4975
Email: Alex.Talel@icemiller.com

**APPLICATION GRANTED:** The Initial Conference set for Tuesday, June 24, 2025 at 3:30 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, August 12, 2025 at 3:00 p.m.</u> No further adjournments absent showing of good cause.

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

06/17/2025

June 17, 2025

<u>Via ECF</u>

Honorable Katharine H. Parker, M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *CIT Equipment Financing, LLC v. Atalco Gramercy, LLC (f/k/a Gramercy Holdings I LLC)* Case No. 1:25-cv-00183—Request to Adjourn Initial Case Management Conference

Dear Judge Parker:

    Ice Miller LLP represents the Plaintiff, CIT Equipment Financing, LLC in the above-captioned matter. The parties are in the process of exchanging discovery requests and anticipate engaging in formal settlement discussions in the near future. We therefore write to request a *sine die* adjournment of the Case Management Conference, currently scheduled for Tuesday, June 24, 2025, at 3pm, pending the parties' ongoing progress toward resolution. We will keep the court apprised of our efforts to facilitate future scheduling.

    There has been one previous request for adjournment in this matter. Counsel for the Defendant has consented to an adjournment.

Most sincerely,

/s/ *Alexander Talel*
Alexander Talel
Nicholas A. Casto (*admitted pro hac vice*)
Alexander S. Valdes (*admitted pro hac vice*)
ICE MILLER LLP
1500 Broadway
29th Floor
New York, NY 10036
212-824-4975
alex.talel@icemiller.com
nicholas.casto@icemiller.com
alex.valdes@icemiller.com