# COLELLA | ZEFUTIE LLC

www.czlaw.com

John J. Zefutie, Jr.
Office Managing Partner
116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
P: 609.551.9771
F: 202.920.0894
E: jzefutie@czlaw.com

> **APPLICATION GRANTED:** The Initial Conference set for 10/9/2025 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, October 16, 2025 at 3:00 p.m.**
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> 10/01/2025

Via ECF

October 1, 2025

Hon. Katherine H. Parker
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **CIT Equipment Financing LLC v. Atalco Gramercy, LLC**
              **Docket No. 1:25-cv-00183**

Dear Judge Parker:

    This firm is counsel for Defendant Atalco Gramercy, LLC (f/k/a Gramercy Holdings I LLC) ("Atalco") in the above-referenced matter. Atalco respectfully submits this letter, pursuant to Rules 1.C of Your Honor's Individual Practices, seeking a brief adjournment of the status conference currently scheduled for October 9, 2025, at 11 a.m.

    Undersigned counsel is required to appear in the civil court in the City of New York at 9 a.m. on October 9, the same day as the conference with the Court in the above-referenced matter. To avoid any complications, we respectfully request that the status conference be rescheduled for October, 16, on which date both counsel for Atalco and counsel for Plaintiff are available. Counsel for Plaintiff has consented to this request.

    This is the fourth request to adjourn the status conference. All prior requests have been granted.

    We thank the Court for its time and attention to this matter.

                                  Respectfully submitted,
                                  COLELLA ZEFUTIE LLC

                By:    s/ *John J. Zefutie, Jr.*
                        John J. Zefutie, Jr.
                        Attorneys for Defendant
                        Atalco Gramercy, LLC

cc:    All Counsel of Record (via ECF & e-mail)

---