```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CIT EQUIPMENT FINANCING, LLC,

                                Plaintiff,

            -against-

ATALCO GRAMERCY, LLC, *formerly known*
as GRAMERCY HOLDINGS I LLC.,

                              Defendants.
-------------------------------------------------------------------X

**25-CV-183 (ALC) (KHP)**

**PRE-CASE MANAGEMENT**
**CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       This action is scheduled for an Initial Case Management Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **Thursday, October 16, 2025 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

       Plaintiff has filed a Letter Motion to Compel Production (ECF No. 38) ahead of the scheduled conference. Any response to the Letter at ECF No. 38 shall be filed no later than **Tuesday, October 14, 2025**.

       The parties are also reminded that discovery motions may not be filed without first requesting a conference with the Court to discuss the dispute. Any discovery motion filed in the future without such a request may be terminated or stricken without prejudice. The parties are further reminded that pursuant to the Court's Individual Practices in Civil Cases, Letters may not exceed 3 single-space pages in length (exclusive of exhibits).

**SO ORDERED.**

DATED:  New York, New York
October 10, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge