**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CIT EQUIPMENT FINANCING, LLC,

                              Plaintiff,

            -against-

ATALCO GRAMERCY, LLC, *formerly known*
as GRAMERCY HOLDINGS I LLC.,

                            Defendants.
-----------------------------------------------------------------X

**25-CV-183 (ALC) (KHP)**

POST CONFERENCE ORDER

**KATHARINE H. PARKER, United States Magistrate Judge:**

    On October 16, 2025, the parties appeared before the undersigned for an Initial Case Management Conference. To aid in fostering ongoing cooperation between the Parties, there shall be a 90-day extension of all discovery deadlines: Fact discovery will be due by **January 17, 2026**; Affirmative Expert Reports will be due by **February 17, 2026**; Rebuttal Expert Reports will be due by **March 17, 2026**; and Expert Discovery will be due by **May 17, 2026**. Additionally, the Parties shall submit a Joint Status Letter to the Court by **December 15, 2025**.

    With respect to Plaintiff's Letter Motion to Compel filed on October 9, 2025 (ECF No. 38), and Defendant's Response filed on October 13, 2025 (ECF No. 40), the Court ruled on the record as follows:

- Plaintiff's motion to compel Defendant to respond to the issued Interrogatories is DENIED.

- Plaintiff's RFP 8 seeking "[a]ll Documents and Communications related to the Cars' locations from January 31, 2022, to present," is now MOOT.

- Plaintiff's motion regarding RFP 21, which seeks Defendant's tax returns since 2023, is likewise DENIED for the reasons set forth in the record.

- As to RFP 22, Defendant has represented to the Court that it will produce records, from January 1, 2023, onward, indicating any notice of default of obligation related to the railcars under the CIT Leases.  However, Plaintiff's request for default notices concerning Defendant's other lease agreements with third parties is DENIED without prejudice

- Finally, in light of the Parties' communications to the Court, Plaintiff's motion regarding the Requests for Admission is deemed MOOT.

**SO ORDERED.**

DATED:    New York, New York
          October 16, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge