**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CIT EQUIPMENT FINANCING, LLC,

                                  Plaintiff,

                  -against-

ATALCO GRAMERCY, LLC, *formerly known*
as GRAMERCY HOLDINGS I LLC.,

                                  Defendants.

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/16/2026
```

**25-CV-183 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On December 16, 2025 the Court entered an order adjourning a settlement conference sine die in light of the parties' representation that they reached an amicable resolution in this matter. (ECF No. 45)  The parties also represented that they have circulated an "execution version of a confidential settlement agreement, which requires certain actions be taken over the next 45 days."  (ECF No. 44)  45 days have since elapsed.  By **April 24, 2026** the parties shall file a stipulation of voluntary dismissal or, in the alternative, file a status letter updating the Court as to the disposition of settlement.

                         **SO ORDERED.**

DATED:        New York, New York
              April 16, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge