USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/27/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CIT EQUIPMENT FINANCING, LLC,

                          Plaintiff,

           -against-

ATALCO GRAMERCY, LLC, *formerly known*
as GRAMERCY HOLDINGS I LLC.,

                        Defendants.
-----------------------------------------------------------------X

**25-CV-183 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 24, 2026, the parties filed status updates concerning the settlement of the above-entitled action. The Court thanks the parties for the update. In light of the parties' joint representation that they will be prepared to file a stipulation of voluntary dismissal once they resolve reimbursements for repairs and cleaning of the railcars at issue, the parties are directed to file another joint status letter by **June 29, 2026**.

                **SO ORDERED.**

DATED:      New York, New York
            April 27, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge